UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE


UNITED STATES OF AMERICA     )
        )
v.        )     NO. 2:06-CR-13
        )
KATHRYN LOIS AYERS     )


## O R D E R

This criminal matter is before the Court to consider the Report and
Recommendation of the United States Magistrate Judge. The defendant has
filed no objections to this report.

After careful consideration of the Report and Recommendation of
the United States Magistrate Judge, [Doc. 23], it is hereby **ORDERED** that this
Report and Recommendation is **ADOPTED** and **APPROVED**, and that the
defendant's motion to suppress is **DENIED.** [Doc. 19].


ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE